UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

ZHAOHUI JI and LINGYI ZHU,

                                Plaintiffs,

        v.

Markwayne Mullin, U.S. SECRETARY OF
HOMELAND SECURITY,
Joseph B. Edlow, DIRECTOR, U.S. CITIZENSHIP
AND IMMIGRATION SERVICES, and
Ted H. Kim, ASSOCIATE DIRECTOR, REFUGEE,
ASYLUM, AND INTERNATIONAL OPERATIONS
DIRECTORATE, U.S. CITIZENSHIP AND
IMMIGRATION SERVICES,

                           Defendants.[1]

-----------------------------------------------------------------------x

**STIPULATION OF
DISMISSAL
<u>WITHOUT PREJUDICE</u>**

Civil Action No.
1:26-cv-1394

(Gaurafis, J.)

       IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-
captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P.
41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: New York, New York
       April 10, 2026

                  By:        */s/ Corey T. Lee*
                              Corey T. Lee
                              C.T. Lee & Associates
                              225 Broadway, Suite 3005
                              New York, NY 10007
                              (212 )566-5509
                              corey.lee@coreyleelaw.com
                              *Attorney For Plaintiff*

**So Ordered.**

s/Nicholas G. Garaufis

**Hon. Nicholas G. Garaufis**
**Date:** 4/13/26

---

[1] Under Fed. R. Civ. P. 25(d), Secretary Markwayne Mullin is automatically substituted for former Secretary Kristi
Noem.

Dated: Brooklyn, New York
April 10, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Counsel for Defendants*
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

By:    <u>/s Justin S. Kirschner</u>
Justin S. Kirschner
Assistant U.S. Attorney
(718) 254-6884
Justin.Kirschner@usdoj.gov